UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA,

            -against-

Eric Snype and
Lonnie Avant,
a/k/a "Magic"

                          Defendant(s).
----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 MAG 6406

Defendant Eric Snype hereby voluntarily consents to participate in the following proceeding via
_X_ videoconferencing or _X_ teleconferencing:

X___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_LONNIE L AVANT_
Print Defendant's Name

_____
Defendant's Counsel's Signature

_Deveraux Cannick_
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

6/23/20
Date

_____
U.S. District Judge/U.S. Magistrate Judge